LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

July 15, 2022

Hon. Steven I. Locke
United States Magistrate Judge
United States District Court for the New York Eastern District
Courtroom 820
100 Federal Plaza
Central Islip, NY 11722

*Submitted Via ECF*

Re: Barrios v. Qwik Logistics Group LLC et al, 2:22-cv-02296-AMD-SIL

Dear Magistrate Judge Locke,

I represent the Plaintiff in the above referenced action. I write with the consent of counsel for all Defendants to inform the Court that the parties have reached an agreement in principle to resolve all claims in this case. The parties respectfully request that they be given two weeks in which to submit a proposed settlement agreement and motion for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties have also executed and will file a consent to have this case referred to your Honor for all purposes.

Respectfully submitted,

s/ Robert McCreanor

Attorney for the Plaintiff