| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 8/18/22<br>TIME: 11:00 am |

**CASE:** CV 22-2296 Barrios v. Qwik Logistics Group LLC et al

TYPE OF CONFERENCE:   CHEEKS

APPEARANCES:
  For Plaintiffs: Robert McCreanor

  For Defendants: Ryan Eden

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling conference held.

☐   The parties' proposed scheduling order is So Ordered.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Cheeks conference held.


                                                        SO ORDERED

                                                         /s/Steven I. Locke
                                                        STEVEN I. LOCKE
                                                        United States Magistrate Judge