UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANK BARRIOS,

                        Plaintiff,

-against-

QWIK LOGISTICS GROUP LLC, DANIEL
CATELMO, and JOHN YANCIGAY,

                        Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

22-CV-2296 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On August 1, 2022, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Frank Barrios and Defendants Qwik Logistics Group LLC, Daniel Catelmo, and John Yancigay submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [19]. On August 18, 2022, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [20].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [18].

agreement to determine that it is fair and reasonable).  Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York        **SO ORDERED.**
         August 18, 2022

                                        /s/ Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge